IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **AMERICAN INTERSTATE INSURANCE COMPANY,**<br><br>          Plaintiff,<br><br>v.<br><br>**CAROL DURRANCE and JOHNNY D. DURRANCE, as Co-Administrators of the Estate of Talisa Hope Durrance and as Co-Conservators of Salah L. Durrance, minor child of Talisa Hope Durrance, and CONNER & RODDENBERRY LOGGING, INC.,**<br><br>          Defendants. | Civil Action 7:11-CV-18 (HL) |

**ORDER**

The Court has been notified by counsel that this case has been settled. Because a minor child is involved, the settlement must be approved by the probate court. The parties do not know how long it will take to get the probate court's approval. The Court directs the parties file a status report no later than March 30, 2012 outlining where the probate court matter stands. If the approval is obtained prior to March 30, a stipulation of dismissal should be filed with the Court. In light of the settlement, Plaintiff's Motion for Summary Judgment (Doc. 33) is denied as moot. If the settlement is not consummated as expected, Plaintiff will be allowed to re-file the motion.

**SO ORDERED**, this the 30th day of January, 2012.

                              *s/ Hugh Lawson*
                              **HUGH LAWSON, SENIOR JUDGE**

mbh